AO 91 (Rev.5/85) Criminal Complaint

# United States District Court

NORTHERN **FILED** DISTRICT OF CALIFORNIA

2007 AUG -3 A 11: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

**E-FILING**

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

Ramiro LOPEZ-AQUIRRE
aka: Ramiro LOPEZ / Hector LOPEZ

# 07  70463  HRL

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, _____March 8, 2007_____ , in _____Santa Clara County_____ in the _____Northern_____ District of _____California_____ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title _____8_____ United States Code, Section(s) _____1326_____
I further state that I am a(n) _____Deportation Officer_____ and that this complaint is based on the following
                                            Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                                    ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____8/2/07_____                                at        San Jose, California
        Date                                                    City and State

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**RE:** LOPEZ-AQUIRRE, Ramiro                                        **A 070 974 300**

I, Darin L. Masterton, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, and the former Immigration and Naturalization Service (INS), since September 15, 1996. I am currently assigned to the Criminal Alien Program (CAP) at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1)     DEFENDANT: Ramiro LOPEZ-AQUIRRE, is a 35-year-old male, citizen and native of Mexico, born on August 22, 1971, in Michoacan, Mexico, substantiated by official A-File records, and statements given by the DEFENDANT on March 8, 2007, to ICE Immigration Enforcement Agent Brian Trenner.

(2)     The DEFENDANT has been assigned Alien Registration number of A070 974 300, FBI number of 665142PA7, and California Criminal Information Index number of A10050673.

(3)     The DEFENDANT is also know by other names ("AKAs") to include:

Ramiro LOPEZ
Hector LOPEZ

(4)     On October 14, 1993, the DEFENDANT was convicted in the Superior Court of California, for the offense of SALE OF COCAINE, a felony, in violation of California Health and Safety Code Section 11352(a), and was sentenced to a three-year state prison sentence. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B).

(5)     On March 14, 1996, the DEFENDANT was convicted in the Superior Court of California, for the offense of ESCAPE FROM CUSTODY, to wit: Shasta County Jail, a felony, in violation of California Penal Code Section 4530(b), and was sentenced to a sixteen month state prison sentence.

(6)     On April 8, 1997, INS deported the DEFENDANT from the United States to Mexico.

(7)     On June 19, 1997, the DEFENDANT was convicted in the United States District Court, for the offense of ILLEGAL REENTRY AFTER DEPORTATION, a felony, in violation of Title 8, United States Code, Section 1326(a), and was sentenced to twenty-four months in federal prison.

**RE:** LOPEZ-AQUIRRE, Ramiro                                      **A 070 974 300**

(8)     On January 20, 1999, INS deported the DEFENDANT from the United States to Mexico.

(9)     On March 8, 2007, the DEFENDANT was encountered by ICE Immigration Enforcement Agent (IEA) Brian Trenner at the Santa Clara County Jail, San Jose, California, and determined to be unlawfully present in the United States after a prior deportation. IEA Trenner advised the DEFENDANT of his Miranda rights in the English and Spanish language. The DEFENDANT waived his Miranda rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States.

(10)    The DEFENDANT's official A-File does not contain any record or indication that the DEFENDANT requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States.

(11)    Based on the above stated information, this Officer believes there is sufficient probable cause that the DEFENDANT is present within the United States in violation of Title 8, United States Code, Section 1326.


Darin L. Masterton
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me this _____ day of _____, 2007


Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

/
/
/
/
/
/
/